D. M. Kable, appellant, v. Cameron Can Machinery Company, appellee. Gen. No. 35,890.

Opinion filed March 29, 1933.
Saltiel & Saltiel, for appellant.   J. S. Dudley, for appellee.
Mr. Justice Hebel delivered the opinion of the court.